113C 9 84 8184 04 03 84 1 850 3 3C23 12099 p 84 818

CIV-JCP CIV

PLAINTIFFS

1) JAMES LYTTLE
2) MARILYN LYTLE

DEFENDANTS

A-3

1) HOWARD GOLUB, ATHLETIC FINANCIAL PLANNING, INC.
2) CHRISTOPHER ARNOLD
SEE ATTACHED FOR LIST OF DEFTS.....

(see attachment listing style of amended complaint)

SECURITIES ACT:
15 U.S.C. 77(q)(a)(1)

Suit to recover compensatory & punitive damages, by pltf.

CAUSE

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

ATTORNEYS

RUSELL L. FORKEY, P.A.
P.O. BOX 22838
FTL, FL 3335
462-1748

ALLAN M. LERNER, ESQ.
Lerner & Harris, P.A.
2691 E. Oakland Park Blvd.
Suite 400
Fort Lauderdale, Florida 33306
(563-8111)

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | | Re open 4-... |
| | | | | JS-5 | 4/84 |
| | | | | JS-6 | 4-14-84 5-26-88 a |

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-CIV-JCP

| | | |
|---|---|---|
| 03 | 1 | COMPLAINT. |
| 03 | 2 | SUMMONS issd as to CHRISTOPHER ARNOLD,PHOENIX,ARIZONA. |
| 03 | 3 | SUMMONSissd as to Howard Golub, TEMPE ARIZONA. |
| 03 | 4 | SUMMONS issd asto HOWARD GOLUB, TEMPE ARIZONA. |
| 03 | 5 | MOTION & ORDER(CLK 4/3/84) appt INTERCOUNTY SUBPOENA as proc/svr.(EOD 4/4/84 CCAP). |
| 10 | 6 | SUMMONS issd as to PHILLIP C TOWER for INVESTMENT LIMITED. |
| 10 | 7 | SUMMONS issd as to JERRY TENGE for LINCOLN COURT PARTNERS. |
| 10 | 8 | SUMMONS issd as to PAUL V GALLO for VALLE INVESTMENT PROPERTIES. |
| 10 | 9 | SUMMONS issd as to JERRY TENEGE for MARICOPA ESTATES INVESTMENT FUND. |
| 10 | 10 | SUMMONS issd as to PAUL GALLO of MARICOPA ESTATES INVESTMENT FUND. |
| 16 | 11 | RETURN of svc exec as to CHRISTOPHER ARNOLD on 5/8/84. |
| 29 | 12 | SUMMONS issd as to defts. MIDCONTINENT DRILLING ASSOC. |
| 07 | 13 | SUMMONS issd as to LESLIE P LAGONI.(COMIC ASSOC) |
| 07 | 14 | SUMMONS issd as to KING LEAR ASSOC. |
| 08 | 15 | STIPULATION & OIRDER(JCP 6/8/84) granting ext of time for HOWARD GOLUB & ATHLETIC FINANCIAL PLANNNING shall have 15-da to answer.(EOD 6/11/84 CCAP) |
| 12 | 16 | RETURN of svc exec as to PAUL V GALLO(MARICOPA) on 5/20/84. |
| 12 | 17 | RETURN of svc exec as to PAUL V GALLO(VALLE) on 5/20/84. |
| 15 | 18 | RETURN fo svc exec as to JERRY TENGE(LINCOLN COURT PARTNERS( by svg wife on 5/17/84. |
| 15 | 19 | RETURN of svc exec as to Howard Golug(Athletic Financial Planning) by svg M BRODY as agent on 5/9/84. |
| 15 | 20 | RETURN of svc exec as to HOWARD GOLUB, by svg wife on 5/12/84. |
| 15 | 21 | RETURN of svc exec as to PHILLIP TOWER(AGENT INVESTMENT MARICIPA) on 5/22/84. |
| 15 | 22 | RETURN of svc exec as to JERRY TERGE, by svg wife on 5/17/84. |
| 21 | 23 | MOTION to dism, by GOLUB & ATHLETIC FINANCIAL PLANNING, INC. |
| 21 | 24 | MOTION for leave to file memo in excess of 20-pgs, by above.(GRANTED 6/26/84 JCP) |
| 21 | 25 | MEMO in supp of DE 23. |
| 20 | 26 | SUMMONS (ALIAS) issd as to CHRISTOPHER ARNOLD, PHONIX, ARIZONA. |
| 27 | 27 | RETURN of svc exec by svg RICHARD B JOHNS, (MIDCONTINENT DRILLING ASSOC) on 6/13/84. |
| 05 | 28 | STIPULATION to resp to complt, by both ptys. |
| 11 | 29 | RETURN of svc exec as to LESLIE P LAGONI ON 6/22/84. |
| 12 | 30 | MOTION & ORDER(CLK 7/9/84) appt SARAH BLASINGAME as process svr.(EOD 7/16/84 CCAP) |
| 12 | 31 | ALIAS summons issd as to HOWARD GOLUB. |
| 13 | 32 | RETURN of svc exec as to CHRISTOPHER ARNOLD on 6/26/84. |
| 23 | 33 | AFFIDAVIT of JAMES LYTTLE. |
| 26 | 34 | ANSWER by C ARNOLD. |
| 30 | 35 | RESPONSE to M/DISM complt, by pltfs, w/attachments. |

PLAINTIFFS

CASE # 84-8184-CIV-JCP

DEFENDANTS

3) MARK ENERGY-OFS 1980 SUMMER INDIANA COUNTY DRILLING PROGRAM a PA limited partnership.
4) MARICOPA ESTATES INVESTMENT FUND, an Arizona limited partmership
5) MIDCONTINENT DRILLLING ASSOCIATES a Utah llimited partnership
6) COMIC BOOK ASSOCIATES an Arizona limited partnership
7) LINCOLN COURT PARTNERS, an Arizona limited partnership
8) GOETHER STREET PARTNERS, an Illinoi limited partnership
9) KING LEAR ASSOCIATES, a California limited partnership.

CAUSE

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

ATTORNEYS

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARD | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS 5 | |
| | | | | JS 6 | |

84

| | | | | |
|---|---|---|---|---|
| ly | 31 | 36 | STIPULATION as to process, by pltfs. | |
| ug | 06 | 37 | REPLY to resp to M/DISM, by defts. | |
| | 08 | 38 | AFFIDAVIT of HOWARD BOLUB, . | |
| | 16 | 39 | SUPPLEMENT affidavit of JAMES LYTTLE. | |
| g. | 23 | 40 | STIPULATION & ORDER (8/23/84-JCP) Defts' Comic Book Associates & King Lear Associates have up to and including 8/31/84 within which to answer complaint. (EOD-8/24/84-CCAP) | am |
| p | 10 | 41 | NOTICE of supp authority & resp to M/DISM, by pltfs. | |
| | 17 | 42 | RETURN of alias summons as to H GOLUB, exec on 9/7/84 as per affidavit of svc. | |
| | 19 | 43 | FIRST req for prod to ARNOLD , by pltf. | |
| | 21 | 44 | SUPPLEMENTAL affidavit by S BALINGAME. | |
| | 01 | 45 | SUMMONS issd as to GOETHE STREET PARTNERS, by svg BIPIN PATEL or RIBAKD GIKYBM CHICIAGO,IL. | |
| | 27 | 46 | SUMMONS issd as to OIL FIELD SYSTEMS, by svg W EPSTEIN & BURTON AHRENS. | |
| ct | 29 | 47 | AFFIDAVIT of svc as to OIL FIELD SYSTEMS exec on 10/10/84. | |
| | 29 | 48 | RETURN of svc exec as to GOETHE ST PARTNERS by svg R GOLUB on 10/12/84. | |
| | 31 | 49 | | |
| v | 08 | 50 | STIPULATION & ORDER(JCP 11/6/84) approving stip as to giving defts until 11/21/84 to answer .(EOD 11/13/84 CCAP) | |
| | 19 | 51 | MOTION for default, DEFAULT NOT ENTERED as per above order, by pltfs. | rd |
| c | 04 | 52 | NOTICE of tkg dep of NUMEROUS DEFTS, SEE LIST OF SVC. | rd |
| | 04 | 53 | NOTICE of tkg dpe of NUMEROUS DEFTS, SEE LIST OF SVC. | |
| | 04 | 54 | NOTICE of tkg dep of numerous defts, SEE LIST OF SVC. | rd |
| | 17 | 55 | NOTICE of tkg deps duces tecum of CUST/RECORDS BARD PRODUCTIONS, LTD,, SAME FOR DEERING WALTHER & SANDS,SAME FOR CENTURY VIDEO CORP, SAME FOR BANK OF RAVENSWOOD, SAME FOR KAMENSKY & LANDAN, SAME FOR COMMONWEALTH LAND & TITLE OF ARIZONA, SAME FOR KENT, VASALLO & ASSOC, SAME FOR LARRY KARS,. | rd |
| | 13 | 56 | NOTICE of tkg dep duces tecum of DON CHRISTIANSEN,REC/CUST FOR DEERING WALTHER & SANDS,LARRY KARS,REC/CUST OF BARD PROD,, REC/CUST OF CENTURY VIDEO,, SAME FOR KENT VASALLO & ASSOC, SAME FOR BANK OF REVENSWOOD SAME FOR KAMENSKY & LANDAN,, JOHN LYNCH, JACQUE TENGE,, CUST FOR COMMON-WEALTH LAND TITLE OF ARIZONA. | RD |
| 985 | | | | |
| n | 07 | 57 | MOTION for default & default entered(clk 1/7/85) as to GOETHE STREET PARTNERS.(EOD 1/7/84 CCAP) | |
| | 14 | 58 | RETURN of svc exec as to LARRY KARS, NY,NY on 12/10/84, retn of svc exec as to custodian of BARD PRODUCTIONS, BEVERLY HILLS , CA on 12/21/84, custodian of DEERING, WALTER & SANDS, LAWRENCE WELK UNION BANK BLDG, SANTA MONICA CA exec on 12/21/84 & custodian of CENTURY BIDEO CORP c/o LARRY SHEER, BEVERLY HILLS CA on 12/10/84. | rd |
| | 16 | 59 | SECOND notice of supp authority in resp to motion to dism & supp venue argument by pltfs. | rd |
| | 07 | 60 | MOTION to dism w/memo, by deft GOTHE ST PARTNERS. | rd |
| | 07 | 61 | ANSWER by GOTHE ST PARTNERS. | rd |

Cont'd

DC 111A
(Rev. 1/75)

84-8184-CIV-JCP

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. ______ PAGE ___ OF ___ PAGES |
|---|---|---|

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1985 | | | |
| Jan 21 | 62 | NOTICE of tkg dep of (SEE LIST OF SVC. | |
| 22 | 63 | NOTICE of tkg dep(SEE LIST OF SVC.) | |
| 29 | 64 | STIPULATION & ORDER(JCP 1/28/85) granting pltfs ;ext of time to answer. (EOD 1/30/85 CCAP) | |
| 30 | 65 | RESPONSE to 2/notice of supp authority & supp venue argument, by defts.GOLUB | |
| 31 | 66 | STIPULATION & ORDER(JCP 1/29/85) approving ext to time to resp to M/DISM.(EOD 2/1/85 CCAP) | |
| Feb 05 | 67 | NOTICE of tkg depSEE LIST OF SVC. | |
| Feb 01 | 68 | STIPULATION & ORDER(JCP 2/1/85) for confidentiality by all ptys.(EOD 2/12/85 CCAP) | |
| 20 | 69 | STIPULATION & ORDER ( 2-20-85) agreed that defts shall have up to and incl. 15 days from date of tkg dep of Howard Golub, within which to answer or otherwise respond to Complt. (EOD-3-11-85) CCAP | |
| 20 | 70 | RE-NOTICE of tkg dep of Cust. or Records-Kamensky & Landan on 3-6-85 by pltf | |
| | 71 | RE-NOTICE of tkg dep of Cust. of Records-Bank of Ravenswood on 3-6-85 by pltf. | |
| | 72 | NOTICE of tkg dep of Howard Golub on 3-11-85 by pltf | |
| Mar 22 | 73 | NOTICE of tkg dep of HOWARD GOLUB, PHOENIX, AZ. | |
| 26 | 74 | NOTICE of tkg dep duces tecum of REC CUST SEC& EXCHG COMM. | |
| Apr 25 | 75 | RE-NOTICE of tkg dep of Lianne Kent Francover. | bs |
| 25 | 76 | RE-NOTICE of tkg dep of Cust of Records Kent, Vasallo & Assocs. | bs |
| May 13 | 77 | RENOTICE of tkg dep of HOWARD GOLUB, PHOENIX ,AZ. | rd |
| Jun 17 | 78 | NOTICE of tkg dep of CHARLEY MANUEL, OPOPKA, FL. | rd |
| Jul03 | 79 | NOTICE of tkg dep duces tecum of ROBERT CORBIN,ATTY GENL PHOENIX, AZ. | |
| OCT. 18 | 80 | RE-NOTICE of tkg dep of Howard Golub | |
| Nov 15 | 81 | MOTION to withdraw & memo in supp, by counsel for defts Howard Golub & Athletic Financial Planning. | am dm |
| 1986 | | | |
| Jan 28 | 82 | NOTICE of pendency of m/ in excess of 60 days, by pltfs. | |
| FEB 12 | 83 | MOTION for leave to amend the complt & add party defts & sup memo of law, by pltfs. NR 88 | |
| Mar 25 | 84 | AMENDMENT to pltf mot for leave to amend, etc. | |
| Apr 10 | 85 | MOTION to compel deft to present himself for depo & sup Memo of Law, by pltfs. | |
| July 21 | 86 | NOTICE of vol dismissal, by pltfs. | |
| 21 | 87 | NOTICE of pendency of mot in excess of 60 days, by pltfs. | |
| 25 | 88 | ORDER(JCP7-23-86-DENYING DEFTS Golub & Athletic's mot to dismiss; GRANTING pltfs mot to amend complaint; DENUING deft Goethe St. Partners mot to dismiss; GRANTING pltfs mot to add party defts; GRANTING deft Golub's csl mot to withdraw; GRANTING pltfs mot to compel. | |
| | 88A | AMENDED COMPLAINT. | |
| Aug 15 | 89 | SUMMONS issd to Jerry Tenge. | |
| 15 | 90 | SUMMONS issd to Jerry Tenge Investments, LTD. | |
| 15 | 91 | SUMMONS issd to Century Video Corp. | |
| 15 | 92 | SUMMONS issd to Larry Sheer. | |

DC 111A
Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. ______ PAGE ___ OF ___ PAGES |
|---|---|---|
| | | |

| DATE 1986 | NR. | PROCEEDINGS | |
|---|---|---|---|
| Aug 15 | 93 | SUMMONS issd to Leslie Lagoni. | cf |
| 21 | 94 | MOTION & ORDER(MHF8-21-86)FOR APPT of Intercounty Subpoena as process server. | cf |
| ~~28~~ | ~~95~~ | ~~MOTION & ORDER(CJF8-28-86)DEFAULT entered as to Maricopa Estates Investment Fund.~~ ERROR | cf |
| ~~28~~ | ~~96~~ | ~~MOTION & ORDER(CJF8-28-86DEFAULT entered as to LINCOLN COURT PARTNERS.~~ | cf |
| Sept 9 | 95 | MOTION & DEFAULT(CJF9-9-86)ENTERED as to Comic Book Assoc. | cf |
| 9 | 96 | MOTION & DEFAULT(CJF9-9-86)ENTERED as to Lincoln Court Partners. | cf |
| 9 | 97 | MOTION & DEFAULT(CJF9-9-86)ENTERED as to Maricopa Estates Investment Fund. | cf |
| 25 | 98 | MOTION & DEFAULT(CJF9-25-86)ENTERED as to CHRISTOPHER ARNOLD. | cf |
| 26 | 99 | MOTION & DEFAULT(CJF9-26-86)ENTERED as to KING LEAR ASSOCIATES. | cf |
| Oct 1 | 100 | ANSWER & Affirmative defenses to amended cmplt, by deft Goethe Street. | cf |
| 14 | 101 | RETURN of svc exec on Century Video by del'y to Larry Sheer on 9-19-86. | cf |
| 14 | 102 | RETURN of svc exec on Leslie Lagoni on 9-19-86. | cf |
| 14 | 103 | RETURN of svc exec on Larry Sheer on 9-19-86. | cf |
| 14 | 104 | MOTION to set aside entry of default, by Christopher ARnold. NR 115 | cf |
| 24 | 105 | RETURN of svc exec on Jerry Tenge on 9-2-86(Maricopa) | cf |
| 24 | 106 | RETURN of svc exec on Jerry Tenge Investments on 9-2-86. | cf |
| 24 | 107 | MOTION to dismiss & Memo in suppt of Larry Sheer, Century Video Corp. & Leslie Lagoni. NR 115 | cf |
| Nov 12 | 108 | MOTION for enlargement of time & Memo of law in suppt, by pltfs. | cf |
| 12 | 109 | AGREED ORDER (JCP-11/15/86) Granting pltf.'s motion for enlargement of time thru and including 12/10/86. (EOD-11/21/86). | el |
| 26 | 110 | RESPONSE to mot to set aside entry of default & Memo in suppt, by pltfs. | cf |
| Dec 1 | 111 | MOTION to strike pltfs response to Arnold's mot to set aside Default & Memo in supp, by Arnold. NR 115 | cf |
| 5 | 112 | MEMORANDUM in response to mot to dismiss filed by Shear, Century Video & Lagoni, | |
| 22 | 113 | REPLY to mot to strike pltfs response to defts mot to set aside entry of default & Memo in suppt, by pltfs. | cf |
| 29 | 114 | REPLY to pltfs response to deft Arnold's mot to strike & Memo in suppt, by deft Arnold. NR 115 | cf |
| 1987 July 1 | 115 | ORDER(JCP 7-1-87)DENYING defts mot to dism, GRANTING deft Arnolds mot to set aside entr of default (DE #104), default removed, Arnold to file response to amended cmplt within 20 days, DENYING Arnolds mot to strike (DE #111 & 114). (EOD7-6-87-CCAP) | cf |
| 21 | 116 | ANSWER, Affirmative defenses & Crossclaim, by deft ARnold. | cf |
| Sept 16 | 117 | MOTION & Default (CJF 9-16-87)ENTERED as to Century Video Corp. | cf |
| 16 | 118 | MOTION & Default(CJF9-16-87)ENTERED as to Leslie Lagoni. | cf |
| 16 | 119 | MOTION & Default(CJF9-16-87)ENTERED as to larry Shear. | cf |
| 23 | 120 | MOTION & DEFAULT(CJF9-24-87)ENTERED as to Howard Golub & Athletic Financial Planning. | cf |
| 28 | 121 | ORDER(JCP 9-28-87)PLTFS to move for defalut jdgmt w/in 11 days or case dsim'd as to Jerry Tenge & Jerry Tenge Investments.(EOD 10-2-87-CCAP) | cf |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

FPI—MAR—2-14-79-50M-153

PLAINTIFF: LYTTLE, JAMES

DEFENDANT: GOLUB, HOWARD, et al

DOCKET NO. 84-8184-CV-J

PAGE ___ OF ___ PAGES

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1987 | | |
| Oct 2 | 122 | ANSWER & affirmative defenses, by Sheer, Lagoni & Century Video |
| 2 | 123 | MOTION & Memo to Set Aside default, by Sheer, Lagoni & Century Video. NR 125 |
| 5 | 124 | NOTICE of filing corrected affidavit of Scott Orth, by defts. |
| 15 | 125 | ORDER (JCP-10/14/87) Granting Sheer, Lagoni & Century Video's mot to set aside clk's default (DE 123). Directing clk to vacate default ent as to Century Video Corp (DE 117), Default ent as to Leslie Lagoni (DE 118), & default ent as to Larry Sheer (DE 119). (EOD-10/19/87CCAP). |
| Nov.12 | 126 | MOTION for partial dism.of amended complaint & memo in spprt. by pltf. NR 128 |
| 16 | 127 | PRETRIAL ORDER(JCP 11/16/87) |
| 16 | 128 | ORDER (JCP 11/16/87) ADJUDGED that deft's are dism. w/ prejdice |
| Dec 29 | 129 | MOTION to file amended Notice of Vol dism'l as to Mid-Continent, by ptlf. NR 131 |
| 29 | 130 | AMENDED NOTICE of vol disml of Mid-Continent, by pltf. |
| 1988 | | |
| Jan 7 | 131 | ORDER(JCP 1-7-88)GRANTING pltfs mot to file amended not of vol dism'l as to Mid-Continent Drilling.(EOD1-13-88-CCAP) |
| 20 | 132 | MOTION to w/draw as counsel & memo in spprt, by deft. NR133 |
| 29 | 133 | ORDER(JCP 1-28-88)DENYING deft Goethes' csl mot to w/draw as csl.(EOD2-4-88) |
| Feb 26 | 134 | NOTICE of tkg depo of Marilyn & James Lyttle on 3-29-88. |
| 26 | 135 | STIPULATION for vol dism'l w/prej, by pltfs & deft Arnold. |
| Mar 4 | 136 | ORDER(JCP3-4-88)GRANTING Stip for Vol dism'l as to Christopher Arnold, w/prej, ea pty bear own costs & fees.(EOD3-8-88-CCAP) |
| 7 | 137 | NOTICE of tkg depo of Goethe STreet Partnerson 3-23-88. |
| 7 | 138 | MOTION for D/J agnst Howard Golub & Athletic Financial, by ptlf. NR 144 |
| 7 | 139 | MOTION to shorten time to respond to ptlfs request to prod docs', by ptlfs. NR 145 |
| 7 | 140 | MOTION to shorten time to respond to pltfs interrs' & Memo of Law in suppt, by ptlfs. NR 145 |
| 9 | 141 | REPLY to pltfs mot to shorten time to respond to req for prod, by deft Goethe STreet. |
| 14 | 142 | EMERGENCY MOTION for Prot'v Ord & Memo in suppt, by Goethe Street Partners. NR 143 |
| 18 | 143 | ORDER(JCP3-18-88)GRANTING defts mot for proct'v ord. Depo of Gen Partner of the firm is to be deposed in SanFranxisco, if required (EOD3-28-88) |

C 111A
Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

FPI—MAR—2-14-79-50M-1534

| PLAINTIFF | DEFENDANT | DOCKET NO. ______ PAGE ___ OF ___ PAGES |
|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1988 | | |
| Mar 18 | 144 | FINAL JUDGMENT(JCP3-18-88)ADJUDGED pltfs to recover from defts Golub & Athletice Financial Planning sum of $163,026.39 w/int at 6.71% as provided by BPD w/costs of this action.(EOD3-28-88) cf |
| 21 | 145 | ORDER(JCP3-21-88)DENYING ptlfs mot to shorten time.(EOD3-28-88) cf |
| 22 | 146 | MOTION for lv to amend amended cmplt & Memo of Law in suppt, by ptlfs. NR 147 cf |
| 25 | 147 | MEMORANDUM of Law in opp to ptlfs mot for lv to amend cmplt, by deft Goethe STreet. cf |
| 30 | 148 | EXPERT RESUME, by ptlfs. cf |
| Apr 6 | 149 | NOTICE(Copy)of w/drawal of mot for lv to amend cmplt, by ptlf. cf |
| 7 | 150 | MOTION to compel responses to request for prod & interr's & Memo in suppt, by ptlf. NR 158 cf |
| * 4 | 151 | UNILATERAL P/TRL STIP, by pltfs. cf |
| 11 | 152 | MOTION for default agnst Sheer, Lagoni & Century Video.(~~Default entered as to these defts on 9/16/87.~~) re: compelling disc. cf |
| 11 | 153 | MOTION for Default Jdgmt agnst Comic Book & King Lear, by ptlfs. NR 156 cf |
| 11 | 154 | JOINT AFFIDAVIT for entry of Default Jdgmt as to Comic Book & King Lear, by ptlfs. cf |
| 12 | 155 | STIPULATION & ORDER(JCP4-12-88)DISMISSING claim as to Goethe Street partners w/prej. Ea prty bear own costs & fees. (EOD4-18-88) cf |
| 14 | 156 | FINAL DEFAULT JUDGMENT(JCP4-14-88)GRANTING ptlfs mot for D/J as to Comic Book &King Lear. Comic Book liable to pltfs in amt of $11,756.71 w/int at 7.01%. King Lear liable to pltfs in amt of $12,000.00 w/int at 7.01%.(EOD4-18-88) cf |
| 14 | 157 | ORDER(JCP4-14-88)ENTERING DEFAULT as to Larry Sheer, Leslie Lagoni & Century Video.(EOD4-18-88-M-4-27-88) cf |
| 14 | 158 | ORDER(JCP4-14-88)DENYING, as moot, pltfs mot to compel.(EOD4-18-88) cf |
| Mar 31 | 159 | NOTICE of w/drawal of mot for lv to amend amended cmplt, by ptlfs. cf |
| Apr 18 | 160 | RESPONSE to mot for default, & mot to set aside default & mot for cont, by Sheer, Lagoni & Century Video. NR 161 cf |
| 20 | 161 | ORDER(JCP4-20-88)SETTING ASIDE default as to Sheer, Lagoni & Century Video. Defts response shall stand(DE #158). GRANTING defts request for add'l time to comply til 5/2/88. RESETTING trl for 5/16/88, cal call on 5/6/88.(EOD4-22-88) cf |
| 21 | 162 | SUPPLEMENT to mot to set aside default, bt Scheer, Lagoni & Century. |
| 21 | 163 | MEMORANDUM in opp to defts mot to set aside default & mot for cont & mot to strike & Memo in suppt, by ptlfs. cf |
| 22 | 164 | MEMORANDUM in opp to defts supplement to mot to set aside default, by ptlfs. cf |
| May 4 | 165 | NOTICE of compliance w/disc ord, by defts Scheer, Lagoni & Century. cf |
| 5 | 166 | MOTION for cont & Memo of Law in suppt, by ptlfs. NR ___ cf |
| 5 | 167 | MOTION for default & sanctions as to Sheer, Lagoni & Century & Memo of Law in suppt, by ptlf. NR ___ cf |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| LYTTLE, JAMES & MARILYN | HOWARD GOLUB, etal | 84-8184-CV-PAI[N] PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1988 | | | |
| May 12 | 168 | RESPONSE to ptlfs mot for cont, mot for Sanctions & mot for default, by defts. | c |
| 26 | 169 | STIPULATION & ORDER(JCP5-26-88)AGREEING pltfs to settle claim agnst Lagoni, Century Video & Larry Sheer in amt of $17,500, all w/in 30 days. If payment not made w/in 30 days Sheer, Lagon[i] & Century consent to entry of judgment of $25,000. Pltfs agree to assign their positions in Comic Book & King Lear to defts Sheer, Lagoni & Century. Defts agree to exec releases from any liability on notes relating to pltfs mivestment in King Lea[r] & Comic Book. Sheer, Lagoni & Century agree to indemnify pltfs agsnt all claims under the notes.(EOD5-31-88-CCAP-M-6-8-88) | 9 c |
| 13 | 170 | REPLY MEMO in suppt of mot for default & Sanctions, by ptlfs. | c |
| June 30 | 171 | MOTION for F/J pur to Stip for Settlement & Memo in suppt, by ptlfs. | NR 175 |
| July 11 | 172 | MOTION to W/D as counsel for defts (all), by Hall & O'Brien law firm. | NR 175 |
| 18 | 173 | MEMORANDUM in opp to Hall & O'Brien, P.A.'s m/ to w/draw by pltf's James Lyttle & Marilyn Lyttle . | kv |
| Aug. 4 | 174 | FINAL JUDGMENT(Clk-8/4/88)ENFORCING stip for settlement. Jdgmt entered agst defts jointly & severally in amt of $15,000.00. Int to accru hereafter at 7.95% rate. (EOD-8/9/88). | sl |
| 4 | 175 | ORDER(JCP-8/4/88)GRANTING pltfs mot for entry of final jdgmt, GRANTING defts csl mot to w/d, defts shall not be granted lv to obtain subst csl.(EOD-8/9/88). | s |

176

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. ______<br>PAGE ___ OF ___ PAGES |
|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | |